# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE CANTONAL COURT OF APPENZELL AUSSERRHODEN IN TROGEN, SWITZERLAND IN THE MATTER OF M. T. BLANCO V. "K" | Miscellaneous No.<br><br>3:24-MC-065-D |

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the Cantonal Court of Appenzell Ausserrhoden in Trogen, Switzerland, in *M. T. Blanco v. "K,"* Foreign Reference Number FE4 24 15, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information from Tinder LLC, for use in connection with a judicial proceeding in the Cantonal Court of Appenzell Ausserrhoden in Trogen, Switzerland; and

WHEREAS upon review of the Letter of Request issued by the Cantonal Court of Appenzell Ausserrhoden in Trogen, Switzerland in *M. T. Blanco v. "K,"* seeking evidence from a person that can be found within the jurisdiction of this Court for use in said judicial proceedings in Switzerland, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a), that Krysta M. Stanford, Trial Attorney for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Tinder LLC for transmission to the U.S. Department of Justice, Office of Foreign Litigation, Office of International Judicial Assistance, for transmission to the Cantonal Court of Appenzell Ausserrhoden in Trogen, Switzerland in *M*.

*T. Blanco v. "K"*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

    IT IS FURTHER ORDERED that the Office of International Judicial Assistance shall provide Tinder LLC in Dallas, Texas with a copy of this Order and the accompanying documents.

Dated this 28th day of October 2024.

_____
SIDNEY A. FITZWATER
SENIOR UNITED STATES DISTRICT JUDGE